CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
JUL 23 2013
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| WILLIAM A. WHITE,<br>Petitioner | ) <br> )    Civil Action No. 7:13cv00263<br>) |
| v. | )    **MEMORANDUM OPINION**<br>) |
| BUREAU OF PRISONS,<br>Respondent. | )<br>)    By: Norman K. Moon<br>)    United States District Judge |

    Petitioner William A. White, a Virginia inmate proceeding pro se, submitted this action as a petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2241. By order entered June 12, 2013, this court informed White that his submission failed to adequately describe the steps he had taken to exhaust administrative remedies within the Federal Bureau of Prisons and failed to name his current custodian as the proper respondent. The court directed White to submit, within ten days, the proper form petition under § 2241, (a) stating his claim for relief and facts in support of his claim, (b) describing in detail the steps White had taken to exhaust administrative remedies, and (c) naming his current custodian as the respondent. The court advised that failure to comply might result in dismissal of his action without prejudice. On June 17, 2013, White paid the $5.00 filing fee, and on June 26, 2013, he provided the court with a notice of change of address, indicating that he was currently housed in the Roanoke City Jail. On June 26, 2013, the court sent a copy of the June 12, 2013 order conditionally filing his action. However, White has failed to comply with the order, or otherwise communicate with the court since June 26, 2013. As the time allotted for his response has expired, the court dismisses the action without prejudice and strikes the case from the active docket of the court. White may refile the claims in a separate action once he is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to petitioner.

**ENTER:** This 23rd day of July, 2013.

United States District Judge