CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
JUL 23 2013
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| WILLIAM A. WHITE,<br>Petitioner | ) )<br>) | Civil Action No. 7:13cv00263 |
| v. | ) )<br>) | **FINAL ORDER** |
| BUREAU OF PRISONS,<br>Respondent. | ) )<br>)<br>) | By: Norman K. Moon<br>United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED without prejudice** for petitioner's failure to comply and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to petitioner.

ENTER: This 23rd day of July, 2013.

/s/ Norman K. Moon
United States District Judge